AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS    SUMMONS IN A CIVIL CASE

JEFF SIMPSON

CASE NUMBER: 08 C 577

V.

ASSIGNED JUDGE: JUDGE BUCKLO

VILLAGE OF RIVERSIDE

DESIGNATED MAGISTRATE JUDGE: JUDGE DENLOW

TO: (Name and address of Defendant)

Bernard Roccanova, Jr.
Daley & Mohan, P.C.
55 West Monroe
Suite 1600
Chicago, Illinois 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Luke A. Casson
Andreou & Casson, Ltd.
661 W. Lake Street, Suite 2 North
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Esperanza Arnold_            FEB 22 2008
(By) DEPUTY CLERK             DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                 *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JEFF SIMPSON

Plaintiff,

v.   Court No: 08 C 577

VILLAGE OF RIVERSIDE, et al.,

Defendants.

## AFFIDAVIT

1. I, John J. Rice, served the attached summons for Bernard Roccanova, Jr. by handing him a copy of same on February 22, 2008, at his place of business, the offices of Daley & Mohan, P.C., 55 West Monroe Street, Suite 1600, Chicago, IL 60603.

FURTHER AFFIANT SAYETH NOT

_____

"Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct."

_____