UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of                                           Case

**JEFF SIMPSON**                                           2008 C 577
   v.
**VILLAGE OF RIVERSIDE, BOARD OF**                         JUDGE ELAINE E. BUCKLO
**POLICE AND FIRE COMMISSION OF THE**                      MAGISTRATE JUDGE DENLOW
**VILLAGE OF RIVERSIDE, MARK TUMA,**
**EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR.**
**BERNARD ROCCANOVA, JR., ROBERT J. PETERS,**
**In their individual capacities**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI,
WILLIAM L. SMITH, JR., BERNARD ROCCANOVA, JR., ROBERT J. PETERS**

| NAME | Paul A. Rettberg |
|---|---|
| SIGNATURE | s/ Paul A. Rettberg |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2318938 | TELEPHONE NUMBER (312) 540-7040 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | **X** | NO | |
|---|---|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | | NO | **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | **X** | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | **X** | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL                    APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 10th day of March, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Luke A. Casson
>Andreou & Casson, Ltd.
>661 West Lake Street
>Suite 2N
>Chicago, Illinois 60661
>Tel: (312) 935-2000
>Fax: (312) 935-2000
>lcasson@andreou-casson.com

>s/ Paul A. Rettberg
>Paul A. Rettberg

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com