# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **JEFF SIMPSON** | **2008 C 577** |
| v. | |
| **VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, MARK TUMA, EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR. BERNARD ROCCANOVA, JR., ROBERT J. PETERS,** **In their individual capacities** | **JUDGE ELAINE E. BUCKLO** **MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR., BERNARD ROCCANOVA, JR., ROBERT J. PETERS**

| | |
|---|---|
| NAME | Stacey McGlynn-Atkins |
| SIGNATURE | s/ Stacey McGlynn-Atkins |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279188 | TELEPHONE NUMBER (312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES          NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES          NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES     NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                          APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 10th day of March, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

> Luke A. Casson
> Andreou & Casson, Ltd.
> 661 West Lake Street
> Suite 2N
> Chicago, Illinois 60661
> Tel: (312) 935-2000
> Fax: (312) 935-2000
> lcasson@andreou-casson.com

s/ Stacey McGlynn-Atkins
Stacey McGlynn Atkins

Stacey McGlynn-Atkins
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578