UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **JEFF SIMPSON**<br>v.<br>**VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, MARK TUMA, EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR. BERNARD ROCCANOVA, JR., ROBERT J. PETERS,**<br>**In their individual capacities** | 2008 C 577<br><br>JUDGE ELAINE E. BUCKLO<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR., BERNARD ROCCANOVA, JR., ROBERT J. PETERS**

| | |
|---|---|
| NAME | Chloé G. Woodard |
| SIGNATURE | s/ Chloé G. Woodard |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294128 | TELEPHONE NUMBER<br>(312) 540-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO **X** |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO **X** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

| RETAINED COUNSEL | APPOINTED COUNSEL |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 10th day of March, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Luke A. Casson
>Andreou & Casson, Ltd.
>661 West Lake Street
>Suite 2N
>Chicago, Illinois 60661
>Tel: (312) 935-2000
>Fax: (312) 935-2000
>lcasson@andreou-casson.com

>s/ Chloé G. Woodard
>Chloé G. Woodard

Chloe G. Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578