THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEF SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VILLAGE OF RIVERSIDE, BOARD OF )<br>POLICE AND FIRE COMMISSION OF )<br>THE VILLAGE OF RIVERSIDE, EUGENE )<br>KARCZEWSKI, WILLIAM L. SMITH JR, )<br>BERNARD ROCCANOVA JR., ROBERT J. )<br>PETERS, in their individual capacities. )<br>Defendants. )<br>) | Case No. 08 C 577<br><br>JUDGE Elaine Bucklo<br><br>MAGISTRATE JUDGE<br><br>JURY TRIAL DEMANDED |

### NOTICE OF FILING

　　PLEASE TAKE NOTICE that on the **14th day of APRIL, 2008**, we will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division: **PLAINTIFF'S FIRST AMENDED COMPLAINT**, copies of which are hereto attached.

Luke A. Casson, Esq.
ANDREOU & CASSON, LTD.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000

**PROOF OF SERVICE**

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Paul Rettberg, on this **14TH day of APRIL, 2008.**

　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/ *Luke A. Casson*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Luke A. Casson