**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jeff Simpson
                            Plaintiff,

v.                                                                 Case No.: 1:08–cv–00577
                                                                   Honorable Elaine E. Bucklo

Village of Riverside, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 9, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 5/9/2008. Status hearing set for 7/11/2008 at 10:00 AM. Defendants' proposed motion to dismiss to be noticed for hearing.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.