UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **JEFF SIMPSON** <br> v. <br> **VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, MARK TUMA, EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR. BERNARD ROCCANOVA, JR., ROBERT J. PETERS,** In their individual capacities | **2008 C 577** <br><br> **JUDGE ELAINE E. BUCKLO** <br> **MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant BOARD OF FIRE AND POLICE COMMISSION OF THE VILLAGE OF RIVERSIDE**

| | |
|---|---|
| NAME | **Paul A. Rettberg** |
| SIGNATURE | **s/ Paul A. Rettberg** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **2318938** | TELEPHONE NUMBER <br> **(312) 540-7040** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES   **X**   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES          NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES   **X**   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES   **X**   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                              APPOINTED COUNSEL | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on the 10th day of March, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

      Luke A. Casson
      Andreou & Casson, Ltd.
      661 West Lake Street
      Suite 2N
      Chicago, Illinois 60661
      Tel: (312) 935-2000
      Fax: (312) 935-2000
      lcasson@andreou-casson.com


                      s/ Paul A. Rettberg
                         Paul A. Rettberg


Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com