UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **JEFF SIMPSON** <br> v. <br> **VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, MARK TUMA, EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR. BERNARD ROCCANOVA, JR., ROBERT J. PETERS, In their individual capacities** | **2008 C 577** <br><br> **JUDGE ELAINE E. BUCKLO** <br> **MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant BOARD OF FIRE AND POLICE COMMISSION
OF THE VILLAGE OF RIVERSIDE

| | |
|---|---|
| NAME | **Stacey McGlynn-Atkins** |
| SIGNATURE | **s/ Stacey McGlynn-Atkins** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **6279188** | TELEPHONE NUMBER <br> **(312) 540-7000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES            NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES            NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES      NO **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                              APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 10th day of March, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Luke A. Casson
>Andreou & Casson, Ltd.
>661 West Lake Street
>Suite 2N
>Chicago, Illinois 60661
>Tel: (312) 935-2000
>Fax: (312) 935-2000
>lcasson@andreou-casson.com

s/ Stacey McGlynn-Atkins
Stacey McGlynn Atkins

Stacey McGlynn-Atkins
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578