UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of                                              Case

**JEFF SIMPSON**                                              **2008 C 577**
   v.
**VILLAGE OF RIVERSIDE, BOARD OF**                            **JUDGE ELAINE E. BUCKLO**
**POLICE AND FIRE COMMISSION OF THE**                         **MAGISTRATE JUDGE DENLOW**
**VILLAGE OF RIVERSIDE, MARK TUMA,**
**EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR.**
**BERNARD ROCCANOVA, JR., ROBERT J. PETERS,**
**In their individual capacities**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant BOARD OF FIRE AND POLICE COMMISSION**
**OF THE VILLAGE OF RIVERSIDE**

| | |
|---|---|
| NAME | **Chloé G. Woodard** |
| SIGNATURE | **s/ Chloé G. Woodard** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6294128** | **(312) 540-7000** |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES          NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES     NO **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                       APPOINTED COUNSEL | |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 10th day of March, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Luke A. Casson
>Andreou & Casson, Ltd.
>661 West Lake Street
>Suite 2N
>Chicago, Illinois 60661
>Tel: (312) 935-2000
>Fax: (312) 935-2000
>lcasson@andreou-casson.com

 

                s/ Chloé G. Woodard
                  Chloé G. Woodard

Chloe G. Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578