50520-RET

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFF SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-C-577 |
| ) | |
| VILLAGE OF RIVERSIDE, BOARD OF ) | Judge Bucklo |
| POLICE AND FIRE COMMISSION OF THE ) | |
| VILLAGE OF RIVERSIDE, ) | Magistrate Judge Denlow |
| EUGENE KARCZEWSKI, WILLIAM L. SMITH, ) | |
| BERNARD ROCCANOVA, JR., and ) | |
| ROBERT J. PETERS, in their individual capacities, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI, WILLIAM L. SMITH, BERNARD ROCCANOVA, JR., And ROBERT J. PETERS'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

NOW COME the defendants, VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI, WILLIAM L. SMITH, BERNARD ROCCANOVA, JR., and ROBERT J. PETERS, in their individual capacities, by and through their attorneys, QUERREY & HARROW, LTD., and hereby moves the Court for an order dismissing them from this lawsuit with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants submit a separately filed Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully Submitted,

By: s/ Stacey McGlynn Atkins
**One of the Attorneys for Defendants**

Paul A. Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson, Ste. 1600
Chicago, IL 60604
312-540-7000