FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-C-577 |
| | ) | |
| VILLAGE OF RIVERSIDE, BOARD OF | ) | Judge Bucklo |
| POLICE AND FIRE COMMISSION OF THE | ) | |
| VILLAGE OF RIVERSIDE, | ) | Magistrate Judge Denlow |
| EUGENE KARCZEWSKI, WILLIAM L. SMITH, | ) | |
| BERNARD ROCCANOVA, JR., and | ) | |
| ROBERT J. PETERS, in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On **May 21, 2008** at **9:30 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable JUDGE BUCKLO, ROOM 1441**, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"Defendants Village of Riverside, Board of Police and Fire Commission of the Village of Riverside, Eugene Karczewski, William L. Smith, Bernard Roccanova, Jr., and Robert Peters's Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint."**

                                              **Respectfully Submitted**

                                              BY: /s/ Stacey McGlynn Atkins
                                                     Stacey McGlynn Atkins

Paul A. Rettberg, Esq.
Stacey McGlynn Atkins, Esq.
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 14th day of May, 2008, the foregoing **Notice Of Motion**, and its related documents, were served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

**Attorney for Plaintiff**
Luke A. Casson
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2N
Chicago, Illinois 60661
Tel: (312) 935-2000
Fax: (312) 935-2000
lcasson@andreou-casson.com


By:     /s/ Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois 60604
(312) 540-7000
**Attorneys for Defendants**