**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jeff Simpson
                                Plaintiff,

v.                                                   Case No.: 1:08–cv–00577
                                                          Honorable Elaine E. Bucklo

Village of Riverside, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Response due 6/5/2008 to defendants' motion to dismiss. Reply due 6/12/2008. Ruling to be made by mail on or before 7/11/2008. No court appearance required on 5/21/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.