UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of                                         Case

**JEFF SIMPSON**                                         2008 C 577
   v.
**VILLAGE OF RIVERSIDE, BOARD OF**                       JUDGE ELAINE E. BUCKLO
**POLICE AND FIRE COMMISSION OF THE**                    MAGISTRATE JUDGE DENLOW
**VILLAGE OF RIVERSIDE, MARK TUMA,**
**EUGENE KARCZEWSKI, WILLIAM L. SMITH, JR.**
**BERNARD ROCCANOVA, JR., ROBERT J. PETERS,**
**In their individual capacities**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI,
WILLIAM L. SMITH, JR., BERNARD ROCCANOVA, JR., ROBERT J. PETERS

| NAME | Jason Callicoat |
|---|---|
| SIGNATURE | s/ Jason Callicoat |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6285863 | (312) 540-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL                               APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 10th day of June, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

Luke A. Casson
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2N
Chicago, Illinois 60661
Tel: (312) 935-2000
Fax: (312) 935-2000
lcasson@andreou-casson.com


                                          s/ Jason Callicoat
                                          Jason Callicoat


Jason Callicoat
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7646
FAX: (312) 540-0578


Document #: 1334220