**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFF SIMPSON,<br><br>                Plaintiff,<br><br>vs.<br><br>VILLAGE OF RIVERSIDE, BOARD OF<br>POLICE AND FIRE COMMISSION OF THE<br>VILLAGE OF RIVERSIDE, EUGENE<br>KARCZEWSKI, WILLIAM L. SMITH JR,<br>BERNARD ROCCANOVA JR., ROBERT J.<br>PETERS, in their individual capacities.<br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 577<br><br>JUDGE Elaine Bucklo<br><br>MAGISTRATE JUDGE<br><br>JURY TRIAL DEMANDED |

**MOTION TO EXTEND BRIEFING SCHEDULE**

NOW COMES the Plaintiff, Jeff Simpson, by counsel, Andreou & Casson, Ltd., and respectfully request that the Court extend the briefing schedule on the Defendantøs motion to dismiss and in support thereof states as follows:

1. The Defendants presented their motion to dismiss on May 21, 2008.

2. The Court entered a briefing schedule on the motion and directing the Plaintiff to file his response on June 5, 2008 and that the Defendants file their reply on June 12, 2008.

3. This matter is set for ruling on the motion and status on July 5, 2008.

4. The Plaintiff did not file his response on June 5th due to the scheduling of several all day depositions. After reviewing the second draft of the response, several matters require additional work in order to squarely address the issues before the Court.

5. The Plaintiff and the Defendants counsel have discussed this motion.

6. No party would be prejudiced by the granting of this motion and the interests of the Court would be served in granting the motion.

1

7. The Plaintiff requests that the briefing schedule be extended by 7 days for the response and reply. The granting of the extension will not require the Court to adjust the hearing schedule.

WHEREFORE, the Plaintiff respectfully prays that this Honorable Court grant the Plaintiff's motion, extend the time for the filing of the response and reply by 7 days and for all other relief just and proper in the premises.

Respectfully submitted,
Andreou & Casson, Ltd.

By: ***Luke A. Casson***
Luke A. Casson

Luke A. Casson
Andreou & Casson, Ltd.
661 W. Lake St., Suite 2N
Chicago, Illinois 606661
312.935.2000/ ***312.935.2001***

2