**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jeff Simpson
                            Plaintiff,

v.                                                                   Case No.: 1:08–cv–00577
                                                                      Honorable Elaine E. Bucklo

Village of Riverside, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's Motion to extend briefing schedule [27] on the motion to dismiss by seven days is granted. Response is due by 6/12/2008 and defendants reply is due by 6/18/2008. Plaintiff has notified the Court that by agreement, he will be filing his brief on 6/13/2008. No appearance is necessary on 6/16/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.