## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFF SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 577 |
| | ) | |
| VILLAGE OF RIVERSIDE, BOARD OF | ) | JUDGE Elaine Bucklo |
| POLICE AND FIRE COMMISSION OF | ) | |
| THE VILLAGE OF RIVERSIDE, EUGENE | ) | MAGISTRATE JUDGE |
| KARCZEWSKI, WILLIAM L. SMITH JR, | ) | |
| BERNARD ROCCANOVA JR., ROBERT J. | ) | JURY TRIAL DEMANDED |
| PETERS, in their individual capacities. | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the **16th day of JUNE, 2008**, we will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division: **PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO DISMISS FIRST AMENDED COMPLAINT**, copies of which are hereto attached.

Luke A. Casson, Esq.
ANDREOU & CASSON, LTD.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000

### PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Paul Rettberg, on this **16TH day of JUNE, 2008.**

_/s/ *Luke A. Casson*_____
              Luke A. Casson