THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF SIMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>VILLAGE OF RIVERSIDE, BOARD OF POLICE AND FIRE COMMISSION OF THE VILLAGE OF RIVERSIDE, EUGENE KARCZEWSKI, WILLIAM L. SMITH JR, BERNARD ROCCANOVA JR., ROBERT J. PETERS, in their individual capacities.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 577<br><br>JUDGE Elaine Bucklo<br><br>MAGISTRATE JUDGE<br><br>JURY TRIAL DEMANDED |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

NOW COMES the Plaintiff, Jeff Simpson, by counsel, Andreou & Casson, Ltd., and respectfully requests that the Court grant leave to file a Second Amended Complaint and in support thereof states as follows:

1. The Defendants filed their motion to dismiss on May 21, 2008.

2. Many of the issues relating to the Defendants motion to dismiss would and will be resolved upon the filing of the Plaintiff's Second Amended Complaint.

3. The Plaintiff requests that this Court grant him leave pursuant to F.R.C.P 19 to amend his Complaint.

4. The Plaintiff's Second Amended Complaint is attached as Exhibit A.

5. The parties will not be unduly prejudiced by the granting of this motion.

1

2

WHEREFORE, the Plaintiff respectfully prays that this Honorable Court grant the Plaintiff's motion, extend the time for the filing of the response and reply by 7 days and for all other relief just and proper in the premises.

               Respectfully submitted,
               Andreou & Casson, Ltd.

             By: **_Luke A. Casson_**
               Luke A. Casson

Luke A. Casson
Andreou & Casson, Ltd.
661 W. Lake St., Suite 2N
Chicago, Illinois 606661
312.935.2000/ *312.935.2001*