THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VILLAGE OF RIVERSIDE, BOARD OF )<br>POLICE AND FIRE COMMISSION OF THE )<br>VILLAGE OF RIVERSIDE, EUGENE )<br>KARCZEWSKI, WILLIAM L. SMITH JR, )<br>BERNARD ROCCANOVA JR., ROBERT J. )<br>PETERS, in their individual capacities. )<br>Defendants. )<br>) | Case No. 08 C 577<br><br>JUDGE Elaine Bucklo<br><br>MAGISTRATE JUDGE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

Please take notice that on **JUNE 30 , 2008,** at **9:30 am** I will appear before the Honorable **Judge Elaine Bucklo**, or any other judge sitting in his/her stead in room 1441 of the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Plaintiff's **Motion for Leave to File Second Amended Complaint**, a copy of which is hereby served upon you.

Andreou & Casson, Ltd.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000
Attorney No. 39203

**PROOF OF SERVICE**

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System and that the undersigned filed the above documents on the 16th **day of JUNE, 2008.**

　　　　　　　　　　　　　　　　　　　　　　/s/ *Luke A. Casson*
　　　　　　　　　　　　　　　　　　　　　　　　Luke A. Casson