50520-RET

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFF SIMPSON,                              ) | |
|                                            ) | |
|     Plaintiff,         ) | |
|                                            ) | |
| vs.                                        ) | No. 08-C-577 |
|                                            ) | |
| VILLAGE OF RIVERSIDE, BOARD OF             ) | Judge Bucklo |
| POLICE AND FIRE COMMISSION OF THE          ) | |
| VILLAGE OF RIVERSIDE,                      ) | Magistrate Judge Denlow |
| EUGENE KARCZEWSKI, WILLIAM L. SMITH,       ) | |
| BERNARD ROCCANOVA, JR., and                ) | |
| ROBERT J. PETERS, in their individual capacities, ) | |
|                                            ) | |
|     Defendants.        ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
## TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Now come the Defendants Village of Riverside, Board of Police and Fire Commission of the Village of Riverside, Eugene Karczewski, William L. Smith, Bernard Roccanova, Jr., and Robert J. Peters, in their individual capacities, by and through their counsel of record, QUERREY & HARROW, LTD., and hereby move this Court for an Order granting them additional time file their Reply in Support of their Motion to Dismiss. In support thereof, Defendants state as follows:

1.      On May 20, 2008, this Court set a briefing schedule relative to Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint. (Dkt. #25). Pursuant to this Order, Plaintiff's Response was due June 5, 2008 and Defendants' Reply was due June 12, 2008; the Court was to rule prior to the July 11, 2008 status date.

2.      On June 6, 2008, counsel for Defendants received a telephone call from Plaintiff's counsel requesting one (1) additional day to file his Response. Defendants' counsel agreed to this request, with the understanding that Defendants would be allowed seven (7) days, or until June 13, 2008, to file their Reply in Support.

3.      On June 10, 2008, Plaintiff's Response not having been filed, counsel for Defendants communicated, via telephone, with Plaintiff's counsel, inquiring as to the status of his Response.

Plaintiff's counsel informed Defendants' counsel that he would be filing a Motion for Enlargement of Time.

4.  Per agreement of the parties, Plaintiff's counsel was to request a seven (7) day enlargement of time, or until June 17, 2008, in which to file his Response. Plaintiff's counsel was to further request a seven (7) day enlargement of time, or until June 24, 2008, in which Defendants were to file their Reply.

5.  On June 10, 2008, Plaintiff filed a Motion for Enlargement of Time requesting this Court "extend the time for filing the response and reply by 7 days." (Dkt. #27).

6.  On June 13, 2008, this Court entered the following Order:

> "Plaintiff's motion to extend briefing schedule [27] on the motion to dismiss by seven days is granted. Response is due 6/12/2008 and Defendants reply is due 6/18/2008. Plaintiff has notified the Court that by agreement, he will be filing his brief on 6/13/2008…."
> (Dkt. #29).

7.  Plaintiff did not file his Response until approximately 11:00 p.m. on June 16, 2008.

8.  Due to the untimely filing of Plaintiff's Response, Defendants are unable to adequately reply to the Plaintiff's arguments without the allowance of additional time.

9.  The Plaintiff will not be prejudiced by the granting of this Motion.

10. Defendants respectfully request this Court grant them until June 24, 2008 (reflecting the original seven (7) days allowed by this Court on May 20, 2008) to file their Reply.

WHEREFORE, Defendants Village of Riverside, Board of Police and Fire Commission of the Village of Riverside, Eugene Karczewski, William L. Smith, Bernard Roccanova, Jr., and Robert J. Peters, respectfully request that this Court enter an Order granting their Motion for An Enlargement of Time to File Their Reply to **June 24, 2008**.

                Respectfully submitted,

                /s/ Stacey McGlynn Atkins
                Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois 60604
312-540-7000