## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jeff Simpson

                          Plaintiff,

v.                                                    Case No.: 1:08–cv–00577
                                                          Honorable Elaine E. Bucklo

Village of Riverside, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo: On the Court's own motion, Plaintiff's Motion for leave to file second amended complaint [32] noticed for 6/30/2008 is entered and continued to 7/1/2008 at 9:30 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.