50520-RET

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFF SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-C-577 |
| ) | |
| VILLAGE OF RIVERSIDE, BOARD OF ) | Judge Bucklo |
| POLICE AND FIRE COMMISSION OF THE ) | |
| VILLAGE OF RIVERSIDE, ) | Magistrate Judge Denlow |
| EUGENE KARCZEWSKI, WILLIAM L. SMITH, ) | |
| BERNARD ROCCANOVA, JR., and ) | |
| ROBERT J. PETERS, in their individual capacities, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Luke A. Casson
      Andreou & Casson, Ltd.
      661 West Lake Street
      Suite 2N
      Chicago, Illinois 60661

PLEASE TAKE NOTICE that on June 24, 2008, I caused to be filed the attached document entitled "**Reply in Support of Defendants' Rule 12(b)(6) Motion to Dismiss.**" I have served the above parties with this Notice, and attached documents, by causing a true copy thereof to be transmitted via electronic service and/or mailed in a sealed envelope with postage thereon fully prepaid in the United States mail at 175 West Jackson Boulevard, Chicago, Illinois on June 24, 2008, at or before the hour of 5:00 p.m.

By:  /s/ Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Attorneys for Defendants