**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Jeff Simpson
        Plaintiff,

v.                Case No.: 1:08−cv−00577
                 Honorable Elaine E. Bucklo

Village of Riverside, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

  MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held on 9/10/2008. Rule 26 (a)(1) disclosure due by 10/24/08. Plaintiff shall comply with FRCP(26)(a)(2) by 12/30/09. Defendant shall comply with FRCP(26)(a)(2) by 2/1/10. Fact Discovery ordered closed by 7/31/2009. Dispositive motions with supporting memoranda due by 8/31/2009. Status hearing set for 12/3/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.